IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

4:95-CR-41-9H
4:14-CV-54-H

| | |
|---|---|
| BERNARD CELESTINE, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| ) | |
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Respondent. ) | |

This matter is before the court on petitioner's motion to expand the records of his certificate of appealability. Petitioner's motion for a certificate of appealability was denied by order filed June 9, 2014. The court finds no reason to amend the order. Therefore, the motion [DE #815] is DENIED.

This FÎ\åÁday of September 2014.

_____
MALCOLM J. HOWARD
Senior United States District Judge

At Greenville, NC
#26