IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

No. 4:95-CR-41-9H

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| BERNARD CELESTINE, | ) | **ORDER** |
| | ) | |
| Defendant. | ) | |

This matter is before the court on defendant's motion to amend/correct the presentence report and judgment in his case. Having carefully reviewed the matter and finding no merit to the motion, the motion [DE #881] is DENIED.

This 25th day of January 2017.

                                                          MALCOLM J. HOWARD
                                                          Senior United States District Judge

At Greenville, N.C.
#26