IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION
4:95-CR-41-D

| | |
|---|---|
| UNITED STATES OF AMERICA | )<br>)<br>) |
| v. | )<br>) |
| BERNARD CELESTINE, | )   **ORDER**<br>) |
| Defendant. | )<br>)<br>) |

On August 31, 2022, this court entered a comprehensive order denying Bernard Celestine's ("Celestine" or "defendant") request to get out of prison. See [D.E. 1232]. In that order, the court described Celestine's horrifying criminal behavior and various events that occurred following Celestine's conviction and life sentence arising from his crimes. See id. at 1–3, 7–8, 11, 15–16. On March 24, 2023, the United States Court of Appeals for the Fourth Circuit affirmed. See United States v. Celestine, No. 22-7152, 2023 WL 2625606 (4th Cir. Mar. 24, 2023).

Since then, Celestine has flooded this court with motions [D.E. 1320, 1321, 1338, 1340, 1347, 1350, 1353, 1354, 1357, 1398, 1399]. For the reasons stated in the government's memorandum [D.E. 1335], the court GRANTS the government's motion to dismiss [D.E. 1334], DISMISSES Celestine's motion to vacate under 28 U.S.C. § 2255 [D.E. 1320], and DENIES as meritless Celestine's motion to hold in abeyance [D.E. 1321]. For the reasons stated in the government's response [D.E. 1395], the court DENIES Celestine's motion to strike [D.E. 1338], motions to supplement [D.E. 1347, 1350], and motion to hold in abeyance [D.E. 1357]. The court DENIES as meritless Celestine's motion to appoint counsel [D.E. 1398]. For the reasons stated in the government's response [D.E. 1404], the court DENIES Celestine's motions to reduce sentence

[D.E. 1340, 1399] and motion for compassionate release [D.E. 1354]. The court GRANTS Celestine's motion to file an oversized appendix [D.E. 1353].

SO ORDERED. This 28 day of July, 2025.

JAMES C. DEVER III
United States District Judge