IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION
No. 4:95-CR-41-D
No. 4:23-CV-138-D

| | | |
|---|---|---|
| BERNARD CELESTINE, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Respondent. | ) | |

In light of the entire record and petitioner's pending appeal [D.E. 1427], the court DISMISSES WITHOUT PREJUDICE petitioner's latest motion [D.E. 1400].

SO ORDERED. This 5 day of November, 2025.

JAMES C. DEVER III
United States District Judge