IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION
No. 4:95-CR-41-D

UNITED STATES OF AMERICA )
)
v. ) **ORDER**
)
BERNARD CELESTINE, )
)
Defendant. )

The court DENIES as meritless defendant's motion for reconsideration [D.E. 1446]. Cf.

[D.E. 707, 725, 733, 805, 821, 879, 939, 1232, 1263, 1283, 1291, 1293, 1306, 1309, 1342, 1424,

1440].

SO ORDERED. This _15_ day of June, 2026.

JAMES C. DEVER III
United States District Judge